UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD SCARBROUGH,

Plaintiff,

v.

JACK N BOX, et al.,

Defendants.

No.  2:25-cv-2419 WBS AC P

ORDER

On October 30, 2025, plaintiff filed a complaint and a motion to proceed in forma pauperis ("IFP").  ECF No. 7.  On February 11, 2026, the undersigned granted the motion to proceed IFP but rejected the complaint with leave file an amended complaint within 30 days, pursuant to the screening process required by the IFP statute.  ECF No. 9.  Plaintiff has not filed an amended complaint, and the time to do so has passed.  On February 23, 2026, a notation on the document was entered indicating that mail sent to plaintiff by the court had been returned as undeliverable.  The undersigned notes that pursuant to Local Rule 182(f), absent notice to the Clerk that there has been a change of address, "service of documents at the prior address of the attorney or pro se party shall be fully effective."

IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, no later than March 10, 2026, why the failure to file an amended complaint should not result in a recommendation that this case be dismissed for failure to prosecute.  The filing of an amended complaint within

1

this timeframe will serve as cause and will discharge this order.  If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

IT IS SO ORDERED.

DATED: March 27, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE