UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD SCARBROUGH, | No.  2:25-cv-2419 WBS AC PC |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| JACK N BOX; CITY OF SACRAMENTO POLICE DEPARTMENT, | |
| Defendants. | |

On October 30, 2025, plaintiff filed a complaint and a motion to proceed in forma pauperis ("IFP"). ECF No. 7.  On February 11, 2026, the undersigned granted the motion to proceed IFP but rejected the complaint with leave file an amended complaint within 30 days, pursuant to the screening process required by the IFP statute.  ECF No. 9.  Plaintiff has not filed an amended complaint, and the time to do so has passed.  On February 23, 2026, a notation on the document was entered indicating that mail sent to plaintiff by the court had been returned as undeliverable.  On March 27, 2026, the undersigned issued an order to show cause why this case should not be dismissed for failure to prosecute.  ECF No. 11.  In that order, the court explained that pursuant to Local Rule 182(f), absent notice to the Clerk that there has been a change of address, "service of documents at the prior address of the attorney or pro se party shall be fully effective."  On April 8, 2026, a notation on the docket was entered that mail had again been

1

returned to the court, with a note that plaintiff was no longer in custody.  Plaintiff has not submitted the required amended complaint or filed any other document in response to the court's orders.

In considering whether to dismiss this case for failure to prosecute, the court has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives."  Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted).  Because this case cannot move forward without plaintiff's participation, the court finds the factors weigh in favor of dismissal.

Therefore, IT IS HEREBY RECOMMENDED that this action be dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's order.  See Fed. R. Civ. P. 41(b); Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one (21) days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Local Rule 304(d).  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 14, 2026

allison Clare

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE